UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS,

               Plaintiff,

   v.

DONALD HOLBROOK,

               Defendants.

Case No. C19-6253-BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The action is DISMISSED without prejudice; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this _____ day of _____ 2020.

_____
Benjamin H. Settle
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1