# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>           Plaintiff,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>           Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-6253-BHS-TLF |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. The action is DISMISSED without prejudice.

Dated this __ day of [Pick the date].

                                              William M. McCool
                                              Clerk of Court

                                              s/Enter Deputy name.
                                              Deputy Clerk